**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

December 6, 2019

Case #: 14-15547
Re: Jeffrey Vu & Huynh Tuyen

## Fees

| Date | Staff | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/15/2019 | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Deen HOA | 135.00 | 0.10 | 13.50 |
| 08/19/2019 | TAG | Review of lodged order. Email to tee's office re: same, final cure. Calls w/ client re: QWR we did, options for going ahead re: mortgage and getting case to discharge. | 420.00 | 0.30 | 126.00 |
| 08/29/2019 | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: additional fees. | 135.00 | 0.10 | 13.50 |
| 10/15/2019 | TAG | Work on case, discharge and getting mortgage ongoing, back application as mortgage matured on 8/1/19. Emails w/ client and tee re: same. | 420.00 | 0.50 | 210.00 |
| 10/16/2019 | TAG | Cont work w/ tee re: final cure on HOA, mortgage re-application of 9/1 and 10/1 pmts re: arrears on mortgage w/ Ditech. | 420.00 | 0.40 | 168.00 |
| 11/13/2019 | SM | Return call to client re: notice of final cure; left message. | 185.00 | | 0.00 |
| 11/25/2019 | TAG | Work on case re: final cure, motion to deem current and also adversary to quiet title now. | 420.00 | 0.30 | 126.00 |
| | GJ | Review Ditech Response to Trustee Notice of Cure; trustee accounting per claim; draft Notice of Hearing, Motion to Deem Mortgage Current; Proof of Service and Proposed Order re Ditech Financial | 420.00 | 0.60 | 252.00 |
| 11/27/2019 | GJ | Review file; review deed of trust; draft Complaint to Quiet Title re VU v Ditech | 420.00 | 0.80 | 336.00 |
| | TAG | Revised, finalized complaint to quiet title to residence. | 420.00 | 0.30 | 126.00 |
| 12/03/2019 | GJ | Review Summons; draft Certificate of Service; draft Notice of Consent and Final Adjudication re VU v Ditech | 420.00 | 0.30 | 126.00 |
| | TAG | Review of case. Call w/ Atty Lewin for Ditech. | 420.00 | 0.20 | 84.00 |
| 12/04/2019 | TAG | Continued work on case w/ atty for Ditech, resolution of Motion to Deem Current and discussions re: adversary. Notes to file re: same. | 420.00 | 0.50 | 210.00 |

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| Jeffrey Vu & Huynh Tuyen | | | | Statement Date: | 12/06/2019 |
| Account No. 9426.00 | | | | Statement No. | 25828 |
| RE: Chapter 13 | | | | Page No. | 2 |

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/05/2019 | TAG | Respond to email confirming agreement/settlement with Ditech. Emails w/ trustee re: closing down wage order, final steps for discharge. | 420.00 | 0.50 | 210.00 |
| 12/06/2019 | GJ | Review file draft Notice of Dismissal re Vu v Ditech | 420.00 | 0.20 | 84.00 |
| | TAG | Emails with trustee re: paying interest on IRS from funds on hand, dues overpaid/current. Advised clients re: same. | 420.00 | 0.30 | 126.00 |
| | CB | Review case date of last fee application. Prepare itemized fee application and forwarded to TAG for approval of the same. | 185.00 | 0.40 | 74.00 |
| | TAG | Review and finalize Motion for Additional Fees. Forward to paralegal to file with court. | 420.00 | 0.10 | 42.00 |
| | | For Current Services Rendered | | 5.90 | 2,327.00 |

Recapitulation

| Title | Hours | Rate | Total |
|---|---|---|---|
| Senior Attorney -TAG | 3.40 | $420.00 | $1,428.00 |
| Of Counsel - GJ | 1.90 | 420.00 | 798.00 |
| Sr. Paralegal | 0.40 | 185.00 | 74.00 |
| Jr. Paralegal | 0.20 | 135.00 | 27.00 |

Expenses

| | | |
|---|---|---|
| 11/25/2019 | Postage re: Motion Deem Mort Current | 1.65 |
| 12/03/2019 | Postage re: Summons & Complaint | 3.30 |
| 12/06/2019 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 41 units. | 8.20 |
| 12/06/2019 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 41 units. | 22.55 |
| | Total Expenses | 35.70 |
| | Total Current Work | 2,362.70 |
| | Balance Due | $2,362.70 |
| | Please Remit | $2,362.70 |